IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| SC SJ HOLDINGS LLC, et al., | ) | Bankruptcy Case No. 21-10549-JTD |
| | ) | Bankr. BAP No. 23-00042 |
| Debtors. | ) | |
| _____ | ) | |
| | ) | |
| SC SJ HOLDINGS LLC, et al., | ) | |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | Civil Action No. 23-957-MN |
| | ) | |
| PILLSBURY WINTHROP SHAW PITTMAN LLP, | ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

**ORDER**

At Wilmington, Delaware, this **16th day of October, 2023**.

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023, the Court conducted an initial review of this matter, including holding a mediation call with the parties on October 12, 2023, in order to determine the appropriateness of mediation for the case;

WHEREAS the parties do not jointly agree that their disputes here can be resolved through mediation and, upon review, the Court determines that mediation would not be an appropriate use of Court resources at this time;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that mediation is not appropriate in this matter and recommends that the assigned District Judge issue

1

an order withdrawing the matter from mediation. The parties should address any request for entry of a briefing schedule or for any stay of the proceedings to the assigned District Judge in this matter.

*Christopher J. Burke*
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE