IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SC SJ HOLDINGS LLC, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 21-10549 (JTD)<br>(Bankr. D. Del.) |
| SC SJ HOLDINGS LLC, et al.,<br><br>Appellants,<br><br>v.<br><br>PILLSBURY WINTHROP SHAW PITTMAN LLP,<br><br>Appellee. | C.A. No. 23-957 (MN)<br>BAP No. 23-00042 |

**<u>ORDER</u>**

At Wilmington, this 17th day of October 2023;

WHEREAS, on October 16 2023, Magistrate Judge Christopher J. Burke issued an Order (D.I. 11) recommending that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court; and

WHEREAS, the Court finds no clear error on the face of the record and does not find the recommendation contained in the order to be clearly erroneous or contrary to law.

THEREFORE, IT IS HEREBY ORDERED that the recommendation is ADOPTED and this matter is withdrawn from the mandatory referral for mediation.

IT IS FURTHER ORDERED that the parties are directed to submit a proposed briefing schedule to the Court no later than October 31, 2023.

The Honorable Maryellen Noreika
United States District Judge